1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA
6

7  DAVID Y. CHUN (S.B. #187427)
   LAW OFFICES OF DAVID Y. CHUN
8  Twelve South First Street, Suite 912
   San Jose, California 95113
9  Telephone: (408) 995-0200
   Facsimile: (408) 228-5033                        *E-FILED - 6/3/09*
10
   Attorney for Plaintiff
11 JOHN RYAN

12

13                    UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                              (San Jose)

15

16 JOHN RYAN,                      )  No.    C 09-01136 RMW
                                   )
17       Plaintiff,                )  **STIPULATION AND ORDER**
                                   )  **TO STAY ACTION**
18 v.                              )
                                   )
19 COUNTY OF SANTA CLARA et al,    )
                                   )
20       Defendants.               )
   _____ )
21

22      The parties in the above-captioned action submit this Stipulation and Proposed Order for

23 the purpose of requesting that the Court stay this action pursuant to *Colorado River Water*

24 *Conservation District v. United States,* 424 U.S. 800 (1976).  Defendant contends that Plaintiff

25 John Ryan is presently litigating the identical issues against the County of Santa Clara in the

26 Superior Court of California for the County of Santa Clara in *Ryan v. County of Santa Clara,*

27 Superior Court Case No. 1-09-CV-134898, which was filed before the above-captioned action.

28 / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and
Order to Stay Action                       1                        C 09-01136 RMW

1  Plaintiff does not agree that there are identical issues but is willing to stipulate to a stay at this
2  time.

3  Dated: May 5, 2009                              ANN MILLER RAVEL
                                                   County Counsel
4

5                                            By:        /S/
                                                   MELISSA R. KINIYALOCTS
6                                                  Deputy County Counsel

7                                                  Attorneys for Defendant
                                                   COUNTY OF SANTA CLARA
8

9  Dated: May ____, 2009                     By:   _____
                                                   DAVID Y. CHUN
10

11                                                 Attorneys for Plaintiff
                                                   JOHN RYAN

12

13                              **ORDER STAYING ACTION**

14       The Court, having considered the stipulation of the parties and finding good cause, hereby

15  orders this action stayed.  The parties are ordered to notify the Court when the proceedings in

16  *Ryan v. County of Santa Clara,* Superior Court Case No. 1-09-CV-134898, are concluded.  The

17  parties agree that Defendants' motion to stay this action, presently set for June 5, 2009, is moot

18  in light of this stipulation.

19  IT IS SO ORDERED.

20

21  Dated: 6/3/09                                  _____
                                                   HONORABLE RONALD M. WHYTE
22                                                 United States District Court Judge

23

24

25

26

27

28  178466.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and
Order to Stay Action                  2                         C 09-01136 RMW