1  DAVID Y. CHUN, ESQ. SBN 187427
   Law Offices of David Y. Chun
2  Twelve South First Street, Suite 812
3  San Jose, California 95113
   (408) 995-0200
4  Attorneys for the Plaintiff JOHN RYAN

5

6

7              UNITED STATES DISTRICT COURT

8        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  JOHN RYAN,                    Case No. C-09-01136-~~PVT~~   ÜT Y

10             Plaintiff,        JOINT STIPULATION AND ~~PROPOSED~~
11                               ORDER OF DISMISSAL WITH PREJUDICE
12       v.

13 COUNTY OF SANTA CLARA and DOES 1-
14 100, inclusive,

15             Defendants.

16

17     COME NOW Plaintiff JOHN RYAN and Defendant COUNTY OF SANTA CLARA, by and
18 through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and file this Joint
19 Stipulation and Proposed Order of Dismissal with Prejudice and show as follows:

20     The parties in the above-captioned case have agreed to resolve the matter through settlement and
21 have entered into a Settlement Agreement and General Release. In light of that settlement agreement,
22 Plaintiff agrees to dismiss his claim against Defendant with prejudice subject to the terms of the
23 Settlement Agreement.

24

25

26

27

28 ///

29

30

31 JOINT STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHout PREJUDICE
   RYAN V. SANTA CLARA COUNTY
   Case No. C-09-01136 PVT

1  NOW THEREFORE, the parties stipulate and agree to the dismissal of the above-captioned case,
2  and each and every claim therein, with prejudice. All parties to bear their own costs.
3  DATED: 10/15/12

Respectfully Submitted,
LAW OFFICES OF DAVID Y. CHUN

BY: _____
DAVID Y. CHUN, ESQ.
Attorneys for the Plaintiff
JOHN RYAN

DATED: 10/15/12

SANTA CLARA COUNTY COUNSEL

BY: _____
JOHN WINCHESTER, ESQ.
Attorneys for Defendant
COUNTY OF SANTA CLARA

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is hereby DISMISSED WITH PREJUDICE this ___ day of _____, ~~2011~~.

IT IS SO ORDERED.

DATED: _____

/s/ Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHout PREJUDICE
RYAN V. SANTA CLARA COUNTY
Case No. C-09-01136 PVT